ACCEPTED
03-14-00735-CV
6699497
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 12:07:56 PM
JEFFREY D. KYLE
CLERK

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

98 SAN JACINTO BOULEVARD ● SUITE 1900
AUSTIN, TEXAS 78701
512.469.6100
FAX 512.469.6180
www.tklaw.com

REX D. VANMIDDLESWORTH
DIRECT DIAL: (512) 404-6701
EMAIL: rexvanm@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 12:07:56 PM
JEFFREY D. KYLE
Clerk

August 28, 2015

**VIA E-FILE**

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
209 West 14th Street, Room 101
Austin, Texas 78701

Re: Appeals Docket No. 03-14-00735-CV; Trial Court Case No. D-1-GN-13-000121; *Entergy Texas, Inc. v. Public Utility Commission of Texas. et. al.*

Dear Mr. Kyle:

In response to your letter dated August 17, 2015, please be advised that the undersigned intends to present oral argument in this case on behalf of Texas Industrial Energy Consumers on September 23, 2015, at 1:30 p.m..

Respectfully submitted,

*/s/ Rex D. VanMiddlesworth*
Rex D. VanMiddlesworth
State Bar No. 20449400
Benjamin Hallmark
State Bar No. 24069865
rexvanm@tklaw.com
benjamin.hallmark@tklaw.com

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 28th day of August, 2015, the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

*Counsel for Entergy Texas, Inc.*

Marnie A. McCormick
Patrick J. Pearsall
Duggins Wren Mann & Romero, LLP
600 Congress Ave., Ste. 1900
Austin, Texas 78701
512.744.9300
512.744.9399 (fax)
mmccormick@dwmrlaw.com
ppearsall@dwmrlaw.com

*Counsel for the Public Utility Commission of Texas*

Elizabeth R. B. Sterling
Megan M. Neal
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512.463.2012
512.457.4616 (fax)
elizabeth.sterling@texasattorneygeneral.gov

*Counsel for Office of Public Utility Counsel*

Sara J. Ferris
Office of Public Utility Counsel
1701 N. Congress Ave., Ste. 9-180
P.O. Box 12397
Austin, Texas 78711-2397
512.936.7500
512.936.7520 (fax)
Sara.ferris@opuc.texas.gov

*Counsel for State Agencies*          Katherine H. Farrell
                                      Assistant Attorney General
                                      Administrative Law Division
                                      Energy Rates Section
                                      Office of the Attorney General
                                      P.O. Box 12548, MC 018-12
                                      Austin, Texas 78711-2548
                                      512.475.4237
                                      512.320.0167 (fax)
                                      katherine.farrell@texasattorneygeneral.gov

*Counsel for Cities*                  Daniel J. Lawton
                                      The Lawton Law Firm, P.C.
                                      12600 Hill Country Blvd.,
                                      Ste. R-275
                                      Austin, TX 78738
                                      512.322.0019
                                      855.298.7978 (fax)
                                      dlawton@ecpi.com


                                      */s/ Benjamin Hallmark*